Case 1:08-cv-02760   Document 2   Filed 02/15/2008   Page 1 of 1



# Case Assignment
# Standard CivilAssignment

Case number **5:08CV-29-R**

Assigned : Judge Thomas B. Russell
Judge Code : 4413

Assigned on 02/19/2008

Request New Judge ..... Return