AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ KENTUCKY

MARILYN M. WALKER, et al.

**SUMMONS IN A CIVIL ACTION**

V.

SPIN MASTER, LTD., and
SPIN MASTER, INC.

CASE NUMBER:  5:08-cv-29-R

## COPY

TO: (Name and address of Defendant)

SPIN MASTER, INC.
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd. Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. BRYAN ERNSTBERGER
GREGORY, EASLEY & ERNSTBERGER
204 South 6th Street
Murray, KY 42071

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEFFREY A. APPERSON

_____          2/19/08
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                 Date          *Signature of Server*

                         _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN ——————— District of ——————— KENTUCKY

MARILYN M. WALKER, et al.

**SUMMONS IN A CIVIL ACTION**

V.

SPIN MASTER, LTD., and
SPIN MASTER, INC.

CASE NUMBER: $5:08-cv-29-R$

COPY

TO: (Name and address of Defendant)

SPIN MASTER, LTD.
c/o Anton Rabie, President and Co-CEO
450 Front Street West
Toronto, Ontario
M5V 1B6 Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. BRYAN ERNSTBERGER
GREGORY, EASLEY & ERNSTBERGER
204 South 6th Street
Murray, KY 42071

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEFFREY A. APPERSON

——————————————————————
CLERK

_Bhaw_

——————————————————————
(By) DEPUTY CLERK

2/19/08

——————————————————————
DATE

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date             *Signature of Server*

                                      _____
                                        *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.