**Office of the Clerk,**
**Room 127, 501 Broadway**
**Paducah, Kentucky 42001-6866**
**270-415-6400**
www.kywd.uscourts.gov

Jeffrey A. Apperson                                                        Vanessa Armstrong
   Clerk of Court                                                          Chief Deputy Clerk

March 10, 2008

Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C.   20002

IN RE:  MDL - 1940

To Whom It May Concern:

Enclosed please find copies of the docket sheet and complaint filed in our district on February 15, 2008 we believe that these actions are related to MDL 1940.

If you need any further information, please feel free to contact me at 270-415-6408.

Very truly yours,

JEFFREY A. APPERSON, CLERK

BY: s/ Kelly Sherrard
      Deputy Clerk

Enclosures