

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                                    312-435-5698

June 2, 2008

Jeffrey A. Apperson, Clerk of Court
Western District of Kentucky
Gene Snyder United States
Courthouse, Suite 106
601 West Broadway
Louisville, KY 40202-2227

Dear Clerk:

**Re: MDL 1940 -- In re: " Aqua Dots Products Liability Litigation**

    Your case number: 5:08-29 Marilyn W. Walker vs Spin Master, Ltd. Et al.

    Our case number:    **08 cv 2760 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge David H. Coar .

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

                        Sincerely,

                        Michael W. Dobbins

                        Clerk

      by:    Willie A. Haynes
              Supervisor in Operations

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

        MAY - 2 2008

       CLERK'S OFFICE
     JUDICIAL PANEL ON
  MULTIDISTRICT LITIGATION
```

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 6 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

F I L E D

MAY - 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE: AQUA DOTS PRODUCTS
LIABILITY LITIGATION

Marilyn W. Walker v. Spin Master, Ltd., et al., )
W.D. Kentucky, C.A. No. 5:08-29        )

08C 2760

MDL No. 1940

Judge Coar

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 9, 2008, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable David H. Coar.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Coar.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 9, 2008, and, with the consent of that court, assigned to the Honorable David H. Coar.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

```
A CERTIFIED TRUE COPY

        MAY -   2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By  s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: JUNE 2, 2008