# U.S. District Court
## Western District of Kentucky (Paducah)
### CIVIL DOCKET FOR CASE #: 5:08–cv–00029–TBR

| | |
|---|---|
| Walker v. Spin Master, LTD et al | Date Filed: 02/15/2008 |
| Assigned to: Judge Thomas B. Russell | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Fraud | Nature of Suit: 370 Fraud or Truth–In–Lending |
| | Jurisdiction: Diversity |

**Plaintiff**

**Marilyn W. Walker**  represented by **Kenny B. Ernstberger**
*Individually and on behalf of all others*  Gregory &Easley
*similarly situated*  204 S. Sixth Street
  Murray, KY 42071
  270–753–2633
  Fax: 270–753–1825
  Email: murrayattorney@gmail.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Spin Master, LTD**  represented by **Susan J. Pope**
  Frost Brown Todd LLC
  250 W. Main Street
  2700 Lexington Financial Center
  Lexington, KY 40507–1749
  859–231–0000
  Fax: 859–231–0011
  Email: spope@fbtlaw.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Spin Master, Inc**  represented by **Susan J. Pope**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2008 | Ï 1 | COMPLAINT against Spin Master, LTD, Spin Master, Inc Filing fee $ 350, receipt number 06440000000000670481., filed by Marilyn W. Walker. (Attachments: # 1 Cover Sheet) (KJS) (Entered: 02/20/2008) |
| 02/15/2008 | Ï 2 | Case Assignment (Random Selection): Case Assigned to Judge Thomas B. Russell. (KJS) (Entered: 02/20/2008) |
| 02/19/2008 | Ï 3 | Summons Issued as to Spin Master, LTD, Spin Master, Inc. (KJS) (Entered: 02/20/2008) |

| 03/07/2008 | Ï 4 | NOTICE by Spin Master, LTD, Spin Master, Inc *of Filing of Notice of Potential Tag−Along Action and Related Documents* (Attachments: # 1 Exhibit A − Notice of Potential Tag−Along Action, # 2 Exhibit B − Motion for Consolidation and Transfer for Pretrial) (Pope, Susan) (Entered: 03/07/2008) |
|---|---|---|
| 03/10/2008 | Ï 5 | NOTICE re MDL 1940 sent to Judicial Panel on Multidistrict Litigation (KJS) (Entered: 03/10/2008) |
| 05/05/2008 | Ï 6 | Letter from Judicial Panel on Multidistrict Litigation to Clerk, USDC NDIL (KJS) (Entered: 05/07/2008) |
| 06/02/2008 | Ï 7 | NOTICE by USDC Northern District of Illinois transferring case to MDL Court (Attachments: # 1 Certified Copy of CTO 1) (NM) (Entered: 06/03/2008) |